UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-100-3D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SONIA LATRESE CURBELO | ORDER TO SEAL |

On motion of the Defendant, Sonia Latrese Curbelo, and for good cause shown, it is hereby ORDERED that **DE-205** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __9__ day of ~~May~~ June, 2021.

_____
JAMES C. DEVER III
United States District Judge