IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:19-CR-100-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SONIA LATRESE CURBELO, ) | |
| ) | |
| Defendant. ) | |

On February 28 and March 17, 2022, Sonia Latrese Curbelo filed a motions for placement in a community correction center and/or home confinement, and for post-sentencing rehabilitation. See [D.E. 248, 249, 253]. The Bureau of Prisons ("BOP") gets to decide whether Curbelo will serve her imprisonment in a community correction center or home confinement and what types of post-sentencing rehabilitation Curbelo receives while incarcerated. See 18 U.S.C. §§ 3621(b), 3624(c). If Curbelo is not satisfied with the BOP's decision, Curbelo may seek judicial review.

In sum, Curbelo's motions for placement in a community correction center or home confinement, and for post-sentencing rehabilitation [D.E. 248, 249, 253] are DENIED without prejudice.

SO ORDERED. This 29 day of March, 2022.

JAMES C. DEVER III
United States District Judge