IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-100-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SONIA LATRESE CURBELO, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for a sentence reduction [D.E. 259]. The response is due not later than July 8, 2022.

SO ORDERED. This 13 day of June, 2022.

JAMES C. DEVER III
United States District Judge