IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-100-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SONIA LATRESE CURBELO, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 275], the court DENIES defendant's motion to reduce her sentence [D.E. 259].

SO ORDERED. This _13_ day of September, 2022.

JAMES C. DEVER III
United States District Judge